# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 158 MM 2017

v.

BRYAN GALVIN

: Court of Common Pleas of Berks County,
: Criminal Division No. CP-06-CR-0002572-
: 2006 Change of Venue

## O R D E R

AND NOW, this 24th day of October, 2017, The Honorable Paul M. Yatron of the Court of Common Pleas of Berks County having certified to this Court an Order for change of venue in the above matter pursuant to Pa.R.Crim.P. 584(B), it is

ORDERED that said case shall be transferred to Dauphin County in compliance with Pa.R.Crim.P. 584(B).

_____
Chief Justice